Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000387
24-JUL-2015
08:19 AM

NO. CAAP-14-0000387

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EARL C. CHARLES AND PATRICIA A. CHARLES IN THEIR INDIVIDUAL
CAPACITIES AND AS CO-TRUSTEES OF THE EARL C. CHARLES
AND PATRICIA A. CHARLES REVOCABLE LIVING TRUST DATED
DECEMBER 12, 1990; PETER COAD JR. AND JUDY E. COAD IN THEIR
INDIVIDUAL CAPACITIES AND AS CO-TRUSTEES OF THE
COAD FAMILY TRUST DATED APRIL 14, 2006; JOHN E. CORK;
SUSAN M. CORK; AL P. BRENDE; DOUGLAS M. DROESE AND
RENEE S. DROESE IN THEIR INDIVIDUAL CAPACITIES AND
AS CO-TRUSTEES OF THE 1995 DROESE FAMILY TRUST 08/02/95;
MARTIN GIUFFRE; PATRICIA GIUFFRE; MATTHEW GIUFFRE;
WILLIAM G. GLENNON AND CAROLYN N. GLENNON IN THEIR
INDIVIDUAL CAPACITIES AND AS CO-TRUSTEES OF THE GLENNON
LIVING TRUST DATED 01/16/97; BRIAN HOYLE IN HIS
INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE BRIAN H.
HOYLE TRUST; WILLARD S. JOHNSTON IN HIS INDIVIDUAL CAPACITY
AND AS TRUSTEE OF THE WILLARD SPENCER JOHNSTON JR.
TRUST DATED 4-27-92; MICHAEL M. KEMPS IN HIS INDIVIDUAL
CAPACITY AND AS CO-TRUSTEE OF THE KEMPS FAMILY TRUST
DATED OCTOBER 23, 2003; GEMMA KEMPS IN HER INDIVIDUAL
CAPACITY AND AS CO-TRUSTEE OF THE KEMPS FAMILY TRUST
DATED OCTOBER 23, 2003; DOCTOR ROHIT KHANNA; THERESA
KHANNA; TERRY G. NEGENDANK AND PAULA T. NEGENDANK
IN THEIR INDIVIDUAL CAPACITIES AND AS CO-TRUSTEES
OF THE TERRY G. NEGENDANK AND PAULA T. NEGENDANK
2000 REVOCABLE LIVING TRUST; JULIA NEGENDANK; HEIDI
NEGENDANK; STEPHEN E. PENFOLD; BARBARA A. PENFOLD;
DONALD RECCHIO; MARIE WEBER; MARLON A. REYES;
PATRICIA Y. SIGUENZA; THOMAS D. ROSINSKI; JANET S. ROSINSKI;
CHARLES P. SCHULMAN; RICHARD J. STUART IN HIS INDIVIDUAL
CAPACITY AND AS TRUSTEE OF THE RICHARD J. STUART TRUST UNDER
AGREEMENT DATED JUNE 27, 2005; RICHARD VICKERS; NICOLE
VITULLO; ANDREW H.W. BRANION; JOYCE L. ZIEBELL;
WILLIAM BENDUSH AND SOPHIA BENDUSH IN THEIR INDIVIDUAL
CAPACITIES AND AS CO-TRUSTEES OF THE BENDUSH FAMILY
TRUST DATED MARCH 25, 1987; DOCTOR THOMAS M. PROSE;
RONALD A. ABELMANN; JERYL J. ABELMANN; ABELMANN

INVESTMENTS, LP; FRANCIS R. ZAMBON IN HIS INDIVIDUAL
CAPACITY AND AS TRUSTEE OF THE FRANCIS R. ZAMBON
LIVING TRUST DATED APRIL 21, 2000 AND AS CO-TRUSTEE OF THE
FRANCIS R. ZAMBON AND KAREN E. ZAMBON LIVING TRUST
DATED MAY 13, 2011; KAREN E. ZAMBON IN HER INDIVIDUAL
CAPACITY AND AS CO-TRUSTEE OF THE FRANCIS R. ZAMBON
AND KAREN E. ZAMBON LIVING TRUST DATED MAY 13, 2011;
JOHN R. HENKEL; SUSAN A. HENKEL; CAROLINE GAUTHIER;
MARC LEFEBVRE; DOUGLAS C. MCCORD; TRACEY A. MCCORD;
KEVIN R. DUNCAN; GREG H. GIESLER AND ANN L. GIESLER
IN THEIR INDIVIDUAL CAPACITIES AND AS CO-TRUSTEES OF THE
GIESLER FAMILY TRUST; LEE J. CHIMERAKIS; THERESA A. CHIMERAKIS;
JOHN FITZPATRICK; BARBARA FITZPATRICK; DAVID APLIN IN HIS
INDIVIDUAL CAPACITY AND AS A TRUSTEE OF THE APLIN KAPALUA
TRUST; RICHARD GIARAMITA; LISA GIARAMITA; DOCTOR
ROBERT M. JACKSON AND JUDITH JACKSON IN THEIR INDIVIDUAL
CAPACITIES AND AS CO-TRUSTEES OF THE ROBERT M. JACKSON
AND JUDITH JACKSON REVOCABLE TRUST; CRAIG L. CAPRETTA;
ARLINDA CAPRETTA; ALEX WERNBERG; JANE WERNBERG;
JEFFREY L. ROTHENBERGER AND STACY L. ROTHENBERGER IN
THEIR INDIVIDUAL CAPACITIES AND AS CO-TRUSTEES OF
THE JEFF LYNN ROTHENBERGER AND STACY LEAH ROTHENBERGER
REVOCABLE LIVING TRUST; WILLIAM C. GABRIELSON
IN HIS INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM C.
GABRIELSON TRUST; GLENNA ANTHONY; KEITH DELLER; AL A. KASHANI;
TRI M. LA; JOHN W. HARKINS; RENEE LA FORCE HARKINS,
Plaintiffs-Appellants,
v.
KAPALUA BAY, LLC; MAUI LAND & PINEAPPLE CO., INC.;
THE RITZ-CARLTON HOTEL COMPANY, LLC; THE RITZ-CARLTON
DEVELOPMENT CO., INC.; MARRIOTT INTERNATIONAL, INC.;
EXCLUSIVE RESORTS, LLC; MARRIOTT VACATIONS WORLDWIDE
CORPORATION; THE RITZ-CARLTON MANAGEMENT COMPANY, LLC;
MARRIOTT TWO FLAGS, LP; MH KAPALUA VENTURE, LLC;
MLP KB PARTNER, LLC; EXCLUSIVE RESORTS CLUB I
HOLDINGS, LLC; EXCLUSIVE RESORTS DEVELOPMENT COMPANY, LLC;
ER KAPALUA INVESTORS FUND HOLDINGS, LLC; ER KAPALUA
INVESTORS FUND, LLC; KAPALUA BAY HOLDINGS, LLC;
JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100;
AND/OR OTHER DOE ENTITIES 1-100
Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 13-1-0640)

SUMMARY DISPOSITION ORDER
(By: Foley, Presiding J., Fujise and Reifurth, JJ.)

In an appeal arising out of allegedly deceptive
business practices in the sale of time-share interests,
Plaintiffs-Appellants Earl C. Charles, et al., (collectively,

2

**Plaintiffs**) appeal from "Order Granting Defendants The Ritz-Carlton Hotel Company, LLC, The Ritz-Carlton Development Co., Inc., Marriott International, Inc., Marriott Vacations Worldwide Corporation, The Ritz-Carlton Management Company, LLC, Marriott Two Flags, LP, and MH Kapalua Venture, LLC's Motion to Compel Arbitration," (**Order Granting Motion to Compel Arbitration**) entered January 22, 2014 in the Circuit Court of the Second Circuit[1] (circuit court) granting the motion to compel arbitration submitted by Defendants-Appellees The Ritz-Carlton Hotel Company, LLC; The Ritz-Carlton Development Co., Inc.; Marriott International, Inc.; Marriott Vacations Worldwide Corporation; The Ritz-Carlton Management Company, LLC; Marriott Two Flags, LP; and MH Kapalua Venture, LLC (collectively, **Defendants**).

On September 17, 2013, the Defendants filed a motion to compel arbitration. On January 22, 2014, the circuit court entered the Order Granting Motion to Compel Arbitration. On January 28, 2014, the Plaintiffs filed a notice of appeal from the Order Granting Motion to Compel Arbitration.

The circuit court's Order Granting Motion to Compel Arbitration was based on this court's memorandum opinion in Narayan v. Ritz-Carlton Dev. Co., No. CAAP-12-0000819, (App. August 23, 2013) (mem.), which was vacated by the Hawai'i Supreme Court on June 3, 2015 in Narayan v. The Ritz-Carlton Dev. Co., Inc., No. SCWC-12-0000819, 2015 WL 3539805 (Haw. June 3, 2015), which controls this appeal.

Therefore,

IT IS HEREBY ORDERED that the "Order Granting Defendants The Ritz-Carlton Hotel Company, LLC, The Ritz-Carlton Development Co., Inc., Marriott International, Inc., Marriott Vacations Worldwide Corporation, The Ritz-Carlton Management Company, LLC, Marriott Two Flags, LP, and MH Kapalua Venture, LLC's Motion to Compel Arbitration," entered January 22, 2014 in

---

[1]    The Honorable Peter T. Cahill presided.

3

the Circuit Court of the Second Circuit is vacated, and this case is remanded for further proceedings consistent with the Hawai'i Supreme Court decision in <u>Narayan v. The Ritz-Carlton Dev. Co., Inc.</u>, No. SCWC-12-0000819, 2015 WL 3539805 (Haw. June 3, 2015), supra.

DATED:  Honolulu, Hawai'i, July 24, 2015.

On the briefs:

Mark J. Bennett
Brandi B. Balanda
(Starn O'Toole Marcus &
Fisher)
for Plaintiffs-Appellants.

Bert T. Kobayashi, Jr.
Lex R. Smith
Joseph A. Stewart
(Kobayashi Sugita & Goda)
for Defendants-Appellees
The Ritz-Carlton Hotel
Company, LLC; The Ritz-Carlton
Development Co., Inc.;
Marriott International, Inc.;
Marriott Vacations Worldwide
Corporation; The Ritz-Carlton
Management Company, LLC;
Marriott Two Flags, LP; MH
Kapalua Venture, LLC.

Presiding Judge

Associate Judge

Associate Judge

4